# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL PRETRIAL CONFERENCE - CHAMBERS 9W

Northern Meat Products, Inc.,
                Plaintiff,

v.

Marshall W. Nelson & Associates, Flynn Burner Corporation
                Defendants.

**COURT MINUTES**
Case Number: CV 10-2588 DSD/FLN

| | |
|---|---|
| Date: | September 17, 2010 |
| Court Reporter: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:20 a.m. |
| Time in Court: | 20 Minutes |

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

## APPEARANCES:

  For Plaintiff:    Robert Gilbertson, John Ursu, Sybil Dunlop

  For Defendant:    William Moran for Marshall Nelson; Michael Hutchens & John

                    Radmer for Flynn Burner

A. DESCRIPTION OF THE CASE

  1. Nature of the case:   Product liability and negligence claims arising out of fire that caused millions of dollars in damage at Plaintiff's chicken processing facility.

  2. Legal and factual issues:

    a) Liability:

    b) Damages:

B. <u>THE PLEADINGS</u>

1. All filed?  <u>    yes                    </u>

    a. Anticipated amendments?  <u>          </u>

    b. Additional parties?  <u>          </u>

2. Jury demand:

    a. yes ☒   no ☐

    b. Any issue with respect to jury demand?  <u>            </u>

3. Amend Pleadings:

    a. Add parties/claims/defenses  <u>   12/1/10            </u>

    b. Punitive damages motion  <u>                          </u>

C. <u>DISCOVERY</u>

1. Limitations on Discovery:

    a) Interrogatories  <u>    25            </u>
    b) Depositions  <u>     20 per side    </u>
    c) Requests for Admission  <u>    150   </u>
    d) Document Requests  <u>    50         </u>
    e) Rule 35 Medical Exam  <u>          </u>
    f) Other  <u>                                                                                            </u>

2. Pre-Discovery Disclosures  <u>                  </u>

3. Discovery cut-off  <u>      8/1/11            </u>

4. Other deadlines  <u>                                                                  </u>

5. Experts:  YES ☒   NO ☐

    a. Identity  <u>                                    </u>
       Plaintiff  <u>    8/1/11         </u>  Defendant <u> 9/1/11         </u>

    b. Substance of Testimony  <u>                       </u>
       Plaintiff  <u>    8/15/11        </u>  Defendant  <u> 9/15/11        </u>
       Rebuttal  <u>   10/1/11         </u>
    c. Depositions; Number  <u>   3-5    </u>;  Date <u>  12/1/11           </u>

D.  <u>MOTIONS</u>

    1.  Non-dispositive     12/1/11

    2.  Dispositive     2/1/12

E.  <u>TRIAL READINESS</u>

    a. Estimated Trial Time:     2-3 weeks

    b. Trial Ready Date:     6/1/12

                                                      *s/Franklin L. Noel*
                                                      U. S. Magistrate Judge