UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Northern Meat Products, Inc. f/k/a North Star Foods Inc., | Case No. 10-CV-02588 DSD/FLN |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| v. | |
| Marshall W. Nelson & Associates and Flynn Burner Corporation, | |
| Defendants. | |

The undersigned, Sybil L. Dunlop, individually and on behalf of Greene Espel P.L.L.P., hereby gives notice, that she is substituted in place of Samuel J. Clark as counsel for Northern Meat Products, Inc. f/k/a North Star Foods Inc. All papers, notices, or other communication to be sent to Plaintiff should be addressed to:

Sybil L. Dunlop
Greene Espel P.L.L.P.
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
(612) 373-0830
sdunlop@greeneespel.com

Dated: September 21, 2010     **GREENE ESPEL P.L.L.P.**

By  s/ Sybil L. Dunlop
Robert J. Gilbertson, Reg. No. 22361X
John W. Ursu, Reg. No. 032257X
Sybil L. Dunlop, Reg. No. 390186
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
rgilbertson@greeneespel.com
jursu@greeneespel.com
sdunlop@greeneespel.com
(612) 373-0830

Attorneys for Northern Meat Products, Inc.,
f/k/a North Star Foods