UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern Meat Products, Inc.,                    Civil No. 10-2588  DSD/FLN

    Plaintiff,

    v.                                               PRETRIAL SCHEDULE

Marshall W. Nelson & Associates,
Flynn Burner Corporation,

    Defendants.

_____

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding.  The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

    1.    <u>Discovery/Non-Dispositive Motions</u>:

        a.    All motions which seek to amend the pleadings or add parties must be served by December 1, 2010.

        b.    All discovery shall be commenced in time to be completed by August 1, 2011.

        c.    No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

        d.    No more than 150 Requests for Admission shall be served by any party.

        e.    No more than 50 Document Requests shall be served by any party.

        f.    No more than 20 non-expert depositions shall be taken per side.

        g.    All nondispositive motions and supporting documents, including those which relate to

        discovery, shall be served by December 1, 2011. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By Plaintiff(s) on or before August 1, 2011.

      2) By Defendant(s) on or before September 1, 2011.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      1) By plaintiff(s) on or before August 15, 2011.

      2) By defendant(s) on or before September 15, 2011.

      3) Plaintiff's rebuttal report, if any, on or before October 1, 2011.

   c. Each party may depose no more than 3-5 expert witnesses on or before December 1, 2011.

   d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be served and filed by the parties prior to February 1, 2012.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker at (612)664-5063.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

4. Trial

   a. This case shall be ready for trial on and after June 1, 2012, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 2-3 weeks.

DATED: September 22, 2010.            *s/ Franklin L. Noel*
                                       FRANKLIN L. NOEL
                                       United States Magistrate Judge