UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Northern Meat Products, Inc. f/k/a North Star Foods Inc., <br><br> Plaintiff, <br><br> v. <br><br> Marshall W. Nelson & Associates and Flynn Burner Corporation, <br><br> Defendants. | Case No. 10-CV-02588 DSD/FLN <br><br> **STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER** |

WHEREAS, the Court entered a Pretrial Scheduling Order in this matter on September 22, 2010.

WHEREAS, the parties agree that good cause exists to extend certain deadlines to amend the pleadings and add parties from December 1, 2010 to February 28, 2011.

WHEREAS, the agreed upon extensions of time will not affect any other deadlines previously set forth in the Scheduling Order, nor will they alter the parameters for discovery set forth in the Scheduling Order.

NOW, THEREFORE, the parties respectfully request that the Court amend the Pretrial Scheduling Order, ECF 14, as follows:

1. Paragraphs 1(a) and (f) of the <u>Discovery/Non-Dispositive Motions</u> be amended to read:

   a. All motions which seek to amend the pleadings or add parties must be served by February 28, 2011.

  f.  No more than 20 non-expert depositions shall be taken per side. The parties shall commence further depositions in the matter no earlier than January 3, 2011.

Dated: __Nov. 15__, 2010.

            _____
Robert J. Gilbertson, Reg. No. 22361X
John W. Ursu, Reg. No. 032257X
Sybil L. Dunlop, Reg. No. 0390186
GREENE ESPEL P.L.L.P.
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 373-0830
Facsimile: (612) 373-0929
E-mail: BGilbertson@GreeneEspel.com
     JUrsu@GreeneEspel.com
     SClark@GreeneEspl.com

*Attorneys for Plaintiff Northern Meat Products, Inc., f/k/a North Star Foods*

Dated: _November 8_, 2010.

_____
William L. Moran, Reg. No. 177167
Christopher M. Drake, Reg. No. 338527
Scott G. Williams, Reg. No. 349410
MURNANE BRANDT
30 East Seventh Street, Suite 3200
St. Paul, MN 554101
Telephone: (651) 227-9411
Facsimile: (651) 223-5199
E-mail: WMoran@murnane.com
     CDrake@murnane.com
     SWilliams@murnane.com

*Attorneys for Defendant
Marshall W. Nelson & Associates*

Dated: __Nov. 17__, 2010.

_____
Michael D. Hutchens, Reg. No. 167812
Lenae M. Pederson, Reg. No. 312824
Joshua A. Iverson, Reg. No. 033277X
John E. Radmer, Reg. No. 0386973
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone:   (612) 338-0661
Facsimile:   (612) 338-8384
E-mail:      MHutchens@meagher.com
             LPederson@meagher.com
             JIverson@meagher.com
             JRadmer@meagher.com

*Attorneys for Defendant
Flynn Burner Corporation*