UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Northern Meat Products, Inc. f/k/a North Star Foods Inc., <br><br> Plaintiff, <br><br> v. <br><br> Marshall W. Nelson & Associates and Flynn Burner Corporation, <br><br> Defendants, <br> and <br><br> Marshall W. Nelson & Associates, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> New York Blower, Salisbury Electric, and K & K Fabrication, Inc., <br><br> Third-Party Defendants. | Case No. 10-CV-02588 SRN/FLN <br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF SALISBURY ELECTRIC |

Based upon a *Pierringer v. Hoger* settlement between Plaintiff Northern Meat Products, Inc., d/k/a North Star Foods, Inc. and Third-Party Defendant Salisbury Electric,

**IT IS HEREBY STIPULATED AND AGREED,** by and between all the parties through their respective counsel, that all claims against Salisbury Electric are dismissed with prejudice, in their entirety and on the merits and without costs or disbursements to any party, and that the parties to this stipulation may apply to the Court pursuant to this stipulation for an order directing that a judgment of dismissal of all claims be entered accordingly.

Dated: ~~November~~ December 7, 2011

GREENE ESPEL PLLP

_____
Robert J. Gilbertson, Reg. No. 22361X
John W. Ursu, Reg. No. 032257X
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 373-0830

*Attorneys for Northern Meat Products,
Inc., f/k/a North Star Foods*

Dated: ~~November~~ December 7, 2011.

_____
William L. Moran, Reg. No. 177167
Christopher M. Drake, Reg. No. 338527
MURNANE BRANDT
30 East Seventh Street, Suite 3200
St. Paul, MN 55410
Telephone: (651) 227-9411

*Attorneys for Defendant
Marshall W. Nelson & Associates*

Dated: ~~November~~ Dec. 7, 2011.

_____
Michael D. Hutchens, Reg. No. 167812
Joshua A. Iverson, Reg. No. 033277X
John E. Radmer, Reg. No. 0386973
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 338-0661

*Attorneys for Defendant
Flynn Burner Corporation*

2

Dated: December 8, 2011					JARDINE, LOGAN & O'BRIEN, P.L.L.P.

_____
Mark A. Fonken, Reg. No. 30740
Daniel M. Gallatin, Reg. No. 387456
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
Telephone:   (651) 290-6500

*Attorneys for Third-Party Defendant*
*Salisbury Electric*