UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Northern Meat Products, Inc., f/k/a North Star Foods Inc., | Case No.:  10-CV-02588 SRN/TNL |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF FLYNN BURNER CORPORATION** |
| Marshall W. Nelson & Associates and Flynn Burner Corporation, | |
| Defendants, | |
| and | |
| Marshall W. Nelson & Associates, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| New York Blower, Salisbury Electric, And K & K Fabrication Inc., | |
| Third-Party Defendants. | |

---

Based upon a *Pierringer v. Hoger* settlement between Plaintiff Northern Meat Products, Inc. f/k/a North Star Foods, Inc. and Defendant Flynn Burner Corporation,

**IT IS STIPULATED AND AGREED**, by and between the parties, by and through their respective undersigned attorneys, that all claims against Defendant Flynn Burner Corporation in the above-captioned action shall be dismissed with prejudice, without costs and disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice, Judgment of Dismissal with Prejudice and on the merits of the aforesaid claims, without costs and disbursements to any parties, may be entered herein.

Dated: February 10, 2012

s/ John E. Radmer
Michael D. Hutchens (MN #167812)
Lenae M. Pederson (MN #312824)
Joshua A. Iverson (MN # 033277X)
John E. Radmer (MN #0386973)
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

*Attorneys for Defendant Flynn Burner Corporation*

Dated: February 10, 2012

s/ Robert J. Gilbertson
Robert J. Gilbertson, Reg. No. 22361X
John W. Ursu, Reg. No. 032257X
GREENE ESPEL PLLP
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402-1415
Telephone: (612) 373-0830

*Attorneys for Northern Meat Products, Inc., f/k/a/ North Star Foods*

8288338.1